District Number 1, Independent Order B'Nai B'rith v. Sarah Goldstein, Respondent, Impleaded with Dwight W. De Motte, as Trustee, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Irving E. Raymond, as President of A. A. Vantine & Company, Respondent. v. Burnett Y. Tiffany, Appellant, Impleaded with Louis C. Tiffany and Alfred I. Mitchell, as Surviving Executors of and Trustees under the Last Will and Testament of Charles L. Tiffany, Deceased, and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Mary Fagan for the Sale of Real Property Belonging to Harry Fagan and Other Infants, Appellants; Cornelius Danahy, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion.

Thomas Lavin, an Infant, by Martin Lavin, His Guardian ad Litem, Appellant, v. James C. Fargo, as President of the American Express Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Kalman Gottlieb, Respondent, v. Fanny Horowitz, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Fannie Clarke, as Administratrix, etc., of James V. Clarke, Deceased, Respondent, v. New York Contracting Company, Pennsylvania Terminal, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York, Respondent, v. René Parnageon, Defendant. In the Matter of the Petition of Emil Bartolicius, Bondsman, Appellant, for Remission of Forfeiture of Bail.— Order affirmed. No opinion.

The People of the State of New York, Respondent, v. Alphonse Durand, Defendant. In the Matter of the Petition of Emil Bartolicius, Bondsman, Appellant, for Remission of Forfeiture of Bail.— Order affirmed. No opinion.

The People of the State of New York v. Chauncey B. Bradley. The People of the State of New York v. Michael Merinda.— Motions to dismiss appeals granted.

William G. Mulligan v. Louis Sieferd, as Administrator.— Motion to dismiss appeal granted, with ten dollars costs.

John M. Stewart, an Infant, v. Fortunato D'Onofrio. Oscar Stewart v. Fortunato D'Onofrio.— Motions denied.

John Wollenhagen v. Jacob D. Butler.— Motion to dismiss appeal granted, with ten dollars costs.

Irving E. Raymond, as President, etc., v. Burnett Y. Tiffany.— Motion to dismiss appeal denied.

Simon Engel v. Maryland Casualty Company.— Application for leave to appeal from Appellate Term denied, with ten dollars costs. Order signed.